```
1  BENJAMIN B. WAGNER
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2722
```

FILED

JUN - 9 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Arrest Warrant and Search Warrant: | Misc no. |
| Lori Zoval | ORDER |
| [sealed] | 2 10 - mj - 164 KM |

For the reasons set forth in the affidavit of Janet Palmore, the Court hereby orders that: the Arrest Warrant, Criminal Complaint, and related documents; as well as this Application for Sealing Order and Order; are sealed. They shall remain sealed until the arrest of the defendant, or by further order of the court, whichever comes first.

DATED: 6/8, 2010

HON. KIMBERLY A. MUELLER
U.S. Magistrate Judge

2